UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number 07-13600 GMB

Debtor: Numeriano & Carmelita Tanopo

| Check Number | Creditor | Amount |
|---|---|---|
| 1679632 | American Home Mortgage | 1,101.03 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 14, 2010