UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 07-13600 GMB

Debtor: Numeriano & Carmelita Tanopo

| Check Number | Creditor | Amount |
|---|---|---|
| 1682158 | American Home Mortgage | 4,214.52 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 4, 2010